UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE L. AMEY,

    Plaintiff,
v.                              Case No. 8:19-cv-1207-T-33MRM

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. # 26), filed on September 10, 2020, recommending that Plaintiff Michelle L. Amey's Unopposed Motion for Attorney's Fees be granted.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, grants Amey's motion and awards her attorney's fees in the amount of $7,455.00, costs in the amount of $400.00, and expenses in the amount of $53.90, for a total award of $7,908.90.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 26) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiff Michelle L. Amey's Unopposed Motion for Attorney's Fees (Doc. # 23) is **GRANTED**.

2

(3) Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Ertel shall be awarded attorney's fees in the amount of $7,455.00, costs in the amount of $400.00, and expenses in the amount of $53.90, for a total award of $7,908.90, if she is not indebted to the United States Department of the Treasury.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 25th day of September, 2020.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE